Name   Marcus A. Madden

5201 Walnut Ave unit 91

Las Vegas NV 89110

Prison Number

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

JAN 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____   DEP___

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Marcus A. Madden

~~_____~~

_____
                          Plaintiff,

vs.

(SSA) Social Security Administration

_____

_____

_____

_____
                          Defendant(s).

**2:18-cv-00122-GMN-NJK**

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

## A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, Marcus A. Madden,
(Print Plaintiff's name)

who presently resides at 5201 Walnut Ave unit 91 Las Vegas 89110, were

violated by the actions of the below named individuals which were directed against

Plaintiff at (SSA) Social Security Administration on the following dates
(institution/city where violation occurred)

Section 188 of Workforce Investment    Title II of ADA    The Age Discrimination act of
Act of 1998 (WIA)    American Disabilities Act, and    1975 29 USC § 6101
       (Count I)              (Count II)              (Count III)

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant _____ resides at _____ ,
            (full name of first defendant)                    (address if first defendant)
      and is employed as _____ . This defendant is sued in his/her
                        (defendant's position and title, if any)
      ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

      under color of law: _____

      _____

3) Defendant _____ resides at _____ ,
            (full name of first defendant)                    (address if first defendant)
      and is employed as _____ . This defendant is sued in his/her
                        (defendant's position and title, if any)
      ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

      under color of law: _____

      _____

4) Defendant _____ resides at _____ ,
            (full name of first defendant)                    (address if first defendant)
      and is employed as _____ . This defendant is sued in his/her
                        (defendant's position and title, if any)
      ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

      under color of law: _____

      _____

5) Defendant _____ resides at _____ ,
            (full name of first defendant)                    (address if first defendant)
      and is employed as _____ . This defendant is sued in his/her
                        (defendant's position and title, if any)
      ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

      under color of law: _____

      _____

6) Defendant _____ resides at _____,
                    (full name of first defendant)                                    (address if first defendant)
   and is employed as _____ . This defendant is sued in his/her
                    (defendant's position and title, if any)
   ___ individual ____ official capacity.  (Check one or both).  Explain how this defendant was acting

   under color of law: _____
   _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish
to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

Plaintiff ~~was~~ diagnosed with Type 2 Diabetes Nov 1, 2012. Applied
For Social Security benefits in 2012 because of diabetic nerve pain
in hand, after hand swelled up like a ball. Had neurology
test done ~~~~ as well as several blood test to discover on going pain
in ~~leg of~~ right hand due to surgery levels and Condition. Plaintiff
was denied Social Security in 2012, (Disability) and was told that
he did not have enough working credits at the time to qualify. (This is
"not true I have seen cases where applicants with Lupus another
ongoing condition that cause severe pain at times be awarded benefits with
very little or no work history.) Mr. Madden was "forced" to go back
to the workforce and work in extreme conditions with a "unworkable" hand.
~~~~ Mr Madden induced this pain in hand in leg by standing on job for longer than hour
which is against disability conditions, sitting for longer than an hour, or standing for longer
than hour. Applied For benefits again in October. Plaintiff

## C. CAUSE OF ACTION

an interview and other information. Social Security Adm requested
with correct on-set date and when asked where medical records would go a security guard approached me
to kick me out of Facility even after I the correct date provided the information.

Backpay Back to 2012 and awarded benefits, $735 x 60 months
$44,100.00 be awarded to Plaintiff. By Law Plaintiff could have
been awarded benefits since 2014 because his income was within
the guidelines of SSI benefits and was not over the amount of $1,170.00

when I go to the local office on Simmons St., and ask a basic question about the onset date which was requested by the case worker Karen in Carson City assigned to my case. The employers became very combative and told me that Carson City determines my on set date. But when I spoke with Ms Karen in Carson City, She said that the local office determines that Information and she needed me to retrieve that for her. It seems the "Competence" Level is very low At tho Simmons location, as well as lack of regard and customer service. Mr. Madden should not have to deal with Such Rudity and back & forthness in Such a sensitive matter that needs to be resolved immediately and properly. The Plaintiff should be awarded back pay for Approx. 60 months set back to tho on-set date of 2012 when Mr. Madden was originally found disabled. Social Security Admin also refuse to use medical records from Grady Medical ~~~~~~ Hospital, which is the hospital that diagnosed ~~~~~ Plaintiff after going to Doctors in 3 other states that could not diagnosis or explanation for what was ~~~~ occurring with Plaintiffs hand swelling extemely. Even though Mr. Madden continued to work, that has now caused condition to occur more in the left leg now and the right hand has to be monitored carefully, and cannot by any means endure any extreme work conditions. Also Medications like 800 mg Ibprophen and 500mg metformin have to be taken ~~~~~~ for pain and sugar regulation of pre-existing condition. The color of the Law states that there is no actual time limit placed by the SSA in regards to back pay. "Any backpay you receive will be determined and should be determined by your "original" disability filing date." Even if an applicant was forced to work after filing date, if it can be proven you could not efficently work consistently, An applicant can still be eligible to receive an additional 17 months back pay prior to the application being filed and ~~~~~~ Plaintiff's work history is a track record showing ~~~~~ inconsistancy in time on each job due to medical condition. Even if they argue (SSA) that Plaintiff worked after the date of his intial filing date in 2012, There is still supporting evidence to show that from the date of 2nd Application October 2017 and 17 months before, plaintiff was unable to keep a position with a company due to work conditions as well as medical conditions. Also plaintiff has on-going eczema that inflames when standing or bending or stooping for over 1 hour at a time which he takes on-going medication for which is in his medical files.

## COUNT I

The following civil rights has been violated: Section 188 of the WorkForce Investment Act of 1998 (WIA)

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Social Security Administration (SSA) is WELL AWARE of each and every applicants work history background, social status, income level status etc. At the time when Plaintiff Applied for SSI benefits in 2012, plaintiff had been working approx 12-13 years of work history. With a swollen hand, diabetic nerve pain, neurologist reports, kat scans an algized. All the evidence at the time the decision was made supported Plaintiff was "qualified" applicant to receive benefits. However, (SSA) had other plans in mind. Plaintiff was denied benefits in 2012 with (SSA) having Knowledge of swelling hand and extreme diabetic nerve pain, Knowledge of Applicant participating in One-Stop Systems' in the past like TAN, EBT, unemployment insurance, Title-I assisted programs. With no real assessment or regard for conditions of a local citizen, access to benefits were denied, overlooking Plaintiffs "qualifying status" pre-existing condition.

4

## COUNT II

The following civil rights has been violated: Title II of the Americans Disabilities Act (ADA)

Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

(SSA) Social Security Administration's blatant disregard to acknowledge Plaintiff Mr. Maddens pre-existing condition of type 2 diabetes and extreme diabetic nerve pain & swelling, violates statue Title II Americans with Disabilities Act (ADA) which "prohibits state and local governments from discriminating against "qualified" individuals with disabilities in program, activities, and services. The fact that SSA will not Acknowledge the Medical Records in which determined Plaintiff diagnoes is unacceptable and malicious, Refusing to provide information about their determination of the on-set date, which was Request by Karen in Carson City to complete my application is malicious and shows levels of incompetence and resistiveness. (SSA) is well aware that if the information that was asked to be provided is not provided in a timely manner, it Mostlikely would have a negative effect on Plaintiff's case. Doctors in Atlanta, California, and Las Vegas, NV were all seen about plaintiffs pre-existing condition, where medicine was perscribed, and treatment peformed, however (SSA) Social Security Admin only wants to accept Medical records from Las Vegas, NV which is unethical and discriminatory.

## COUNT III

The following civil rights has been violated: The Age Discrimination Act
of 1975. 29 USC § 6101

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

The Majority of people to receive SSI and SSDI tend to
be over 40 - 61 years of age. It's a known fact, that (SSA)
Social Security Administration deny younger applicants almost
instantaneously. Its unfortunate that people who are not
licensed to assess a persons well being such as a Case Worker,
or a Desk Clerk are giving this right to do so on a regular
basis when they conduct their interviews at the Social Security office.
Unfortunately, Plaintiff looks younger, and may not appear to have
signs of the levels of inflamation in the hand, and key of a
a much older Applicant but its true and real. When requested
information was combatted by hostile and Smart remarks by
the Desk Clerks in the Simmons location, instead of quick appropriate
responses to the answer of Plaintiff correct on-set date to
complete Application for Plaintiff, this was discrimination based
on Age. Plaintiff believes, if they were dealing with a much older
applicant say, 55 years old instead of 36 years old, the applicant (Plaintiff)
would have gotten a more appropriate response.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action? _____ Yes   X No. If your answer is "Yes", describe each
lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a)  Defendants: _____

b)  Name of court and docket number: _____

c)  Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d)  Issues raised: _____

_____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

2)  Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes   ✗ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): \_\_\_\_\_ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): \_\_\_\_\_ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? \_\_\_ Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole board decision; or (5) \_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

_____

_____

_____

_____

_____

_____

_____

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_Marcus A. Madden_____

(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_M. Madden_____
(Signature of Plaintiff)

_1/23/18_____
(Date)

- - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

_____

_____

9